**UNITED STATES of America, Plaintiff–Appellee**

v.

**Juan SOLIS–CAMPOS, Defendant–Appellant.**

No. 05–50111.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 24, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to extend time to file Appellee's brief fourteen (14) days from the court's denial of Appellee's motion to vacate and remand is DENIED as moot.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.